QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
Dominic Surprenant (SBN 165861)
dominicsurprenant@quinnemanuel.com
A. Brooks Gresham (SBN 155954)
abrooksgresham@quinnemanuel.com
865 S. Figueroa St., 10th Floor
Los Angeles, CA 90017
(213) 443-3000
(213) 443-3100 (fax)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LARRY LEE, LISA WHITLOCK, RANDY WHITLOCK and SHAHIN SHOKOOFANDEH, on behalf of themselves and all others similarly situated,

Plaintiffs,

vs.

SPRINT NEXTEL CORPORATION, SPRINT SPECTRUM, L.P., NEXTEL COMMUNICATIONS, INC., and DOES 1 through 100,

Defendants.

Case No.: C 08-04959 SC

CLASS ACTION

**STIPULATION EXTENDING TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT**

WHEREAS, plaintiff served defendants Sprint Nextel Corporation, Sprint Spectrum, L.P., and Nextel Communications, Inc. ("Defendants") with the complaint on November 12, 2008, and Defendant's response therefore would be due on December 2, 2008;

WHEREAS, the Court has set the initial Case Management Conference for February 6, 2009;

WHEREAS, pursuant to Local Rule 6-1(a), without admitting the efficacy or propriety of service, and without waiving any defenses (including those based upon subject matter or personal jurisdiction), Defendants requested and plaintiffs granted Defendants an extension until December 23, 2008 to file and serve pleading(s) responsive to the complaint;

Accordingly, plaintiff and Defendants hereby STIPULATE AND AGREE, without prejudice to the claims or defenses of any party, that Defendant shall file and serve any pleadings responsive to the complaint on or before December 23, 2008.

Dated: November 26, 2008

BRAMSON, PLUTZIK, MAHLER & BIRKHAEUSER, LLP

By: /s/
Alan R. Putzik
L. Timothy Fisher
Attorneys for Plaintiff

Dated: November 26, 2008

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By: /s/
Dominic Suprenant
A. Brooks Gresham
Attorneys for Sprint Nextel Defendants

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Samuel Conti